FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 08 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DELOIS BRYANT, ROSIE BRYANT ) | CIVIL No. 4:15cv336-BSM |
| LYNDA BRYANT CHARLES ) | VIOLATION OF CIVIL |
| BRENDA BRYANT SHERPELL, et al. ) | RIGHTS 28 U.S.C.§ 1331, |
| (*See*, ADDENDUM) ) | 28 U.S.C.§1343, |
| Plaintiffs ) | 42 U.S.C.§1983 |
| ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE (USDA) SECRETARY ) | |
| TOM VILSACK, ) | |
| USDA HISPANIC & WOMEN ) | |
| FARMERS AND RANCHERS ) | |
| CLAIMS ADMINISTRATOR, ) | |
| USDA HISPANIC & WOMEN ) | |
| FARMERS AND RANCHERS ) | |
| CLAIMS ADJUDICATORS ) | |
| Defendant ) | |

This case assigned to District Judge _Miller_
and to Magistrate Judge _Kearney_

**COMPLAINT**

1. At all times hereinafter mentioned, Plaintiffs nominal Delois Bryant, Rosie Bryant, Lynda Bryant Charles were and still are residents of the State of Arkansas. At all times hereinafter mentioned nominal Plaintiff Brenda Bryant Sherpell was and is still a resident of the State of Texas.

2. Defendant USDA Secretary Tom Vilsack ("hereinafter, "USDA") is a U. S. Government agency. Defendant USDA Hispanic & Women Farmers and Ranchers Claims Administrator ("hereinafter, "Claims Administrator") was an agent of USDA acting under color of law. Defendant USDA Hispanic &

Women Farmers and Ranchers Claims Adjudicators ("hereinafter, "Claims Adjudicators") were agents of USDA acting under color of law.

3. The jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1343, and 42 U.S.C. § 1983.

4. Venue is proper in the above captioned judicial district as the majority of the claims at issue arose in the State of Arkansas.

## FACTS

5. There was a claims process established by the United States government that made up to $1.33 billion dollars or more available to Hispanic and Women Farmers and Ranchers who alleged discrimination in the servicing or making of farm loans during periods of time between 1981-2000 based on their ethnicity or gender.

6. A "Claims Process" was established for persons who alleged discrimination. The guidelines to be applied for that process were classified as the Framework.

7. The Framework established an adjudication process whereby Claimants would submit a Claims Package to the Claims Administrator who thereby sent the Claims Package to a Claims Adjudicator for a decision on the sufficiency of the claim and determination of the award.

8. The Framework established two Tiers for Payments of an award for which the Claims Adjudicators were to classify claims submitted by claimants; *to wit*; Tier 2 Payments and Tier 1 Payments—Tier 1(a) and Tier 1(b). All

Plaintiffs herein sought payments in the Claims Process pursuant to Tier 1(a). Plaintiffs claims were summarily denied.

9. Certain of Plaintiffs Claim Packages were erroneously denied by the Claims Administrator prior to and without ever being submitted to a Claims Adjudicator.

10. Certain of Plaintiffs Claim Packages were erroneously denied by a Claims Adjudicator on the basis that sufficient documentation was not provided or that the documentation provided was not sufficient under the Framework requirements.

11. Certain of Plaintiffs Claim Packages were erroneously denied by a Claims Adjudicator on the basis that they failed to prove that they applied, or constructively applied, for a specific farm credit transaction at a USDA office between January 1, 1981 and December 31, 1996, or between October 19, 1998 and October 19, 2000.

12. Certain of Plaintiffs Claim Packages were erroneously denied by a Claims Adjudicator on the basis that they failed to prove that the USDA's actions on their application was due to discrimination against them based on being Hispanic or female.

13. Certain of Plaintiffs Claim Packages were erroneously denied by a Claims Adjudicator on the basis that they failed to prove that at the time they applied for the loan or loan servicing, they met all applicable USDA regulatory requirements.

14. Certain of Plaintiffs Claim Packages were erroneously denied by either the Claims Administrator or a Claims Adjudicator without specifying a denial criteria established by the Framework.

15. Certain of Plaintiffs Claim Packages were erroneously denied by a Claims Administrator on the basis that they were incomplete or failed to provide sufficient responses on their claim form.

16. The Notice given by the USDA was insufficient to adequately inform Hispanic & Women Farmers and Ranchers of their right to seek remedy as it was not extensive enough to meet the requirements specified in the Framework.

## COUNT I
## VIOLATION OF 42 U.S.C. §1983

17. Plaintiffs incorporate and reinstate each of the above paragraphs as is fully set forth herein.

18. Defendants' factually erroneous decisions deprived Plaintiffs of their federal constitutional and/or statutory rights by failing and incorrectly applying the Framework to Plaintiffs Claim Packages.

19. Defendants acted under color of federal law when Defendants issued factually erroneous decisions that incorrectly applied the Framework and deprived Plaintiffs of their federal rights, property interest, and otherwise discriminating against Plaintiffs based upon Plaintiffs' gender and ethnicity.

20. As a direct and proximate result of Defendants violation of 42 U.S.C. § 1983 Plaintiffs have sustained injuries and damages.

## COUNT II
## VIOLATION OF 28 U.S.C. §1343

21. Plaintiffs incorporate and reinstate each of the above paragraphs as is fully set forth herein.

22. Defendants' factually erroneous decisions deprived Plaintiffs of their federal constitutional and/or statutory rights by failing and incorrectly applying the Framework to Plaintiffs Claim Packages

23. Defendants acted under color of federal law when Defendants issued factually erroneous decisions that incorrectly applied the Framework and deprived Plaintiffs of their federal right to redress deprivation and provide equal protection to all U.S. citizens and recover the damages specified by the Framework.

24. As a direct and proximate result of Defendants violation of 28 U.S.C. §1343 Plaintiffs have sustained injuries and damages.

WHEREFORE, Plaintiff request that this Court enter judgment against Defendants providing the following relief:

(a) Compensatory damages to exceed $62,500, exclusive of cost, fees, and interest, that Plaintiffs are found to be entitled;

(b) Punitive damages against Defendants in whatever amount determined by this Court, exclusive of cost, fees, and   interest, that Plaintiffs are found to be entitled;

(c) An order placing Plaintiff in the position that they would have been in had there been no violation of their rights;

(d) An award of interest costs, and reasonable fees of representation;

(e) Any and all other remedies provided pursuant to 42 U.S.C. §1983 and 28 U.S.C. §1343;

(f) Take other appropriate non discriminatory measures to address the above described discrimination; and

(g) Any such other relief as this Court deems appropriate.

          Respectfully submitted,

_____
Delois Bryant, *Pro Se*
11701 Richsmith Lane, #104
North Little Rock, AR  72113
501-779-7729

_____
Rosie Bryant, *Pro Se*
105 East F Avenue
North Little Rock, AR  72116
501-779-5955

_____
Lynda Bryant Charles, *Pro Se*
105 East F Avenue
North Little Rock, AR  72116
501-773-1949

_____
Brenda Bryant Sherpell, *Pro Se*
400 North Weaver Street
Gainesville, TX  76240
214-878-6950

| | |
|---|---|
| Catherine Sims | Byron Ingram |
| Shonda Y. Strong | Charles Alexander |
| Lajuana T. Sanders | James Gray |
| Dorothy J. Rounsville | Dekelen Daniels |
| Edith E. Miller | Robin McCarroll |
| Kim I Martin | Bridgette Wilson |
| Regina Doyne | Jessie Redmond |
| Augustine James | Carole Barnes |
| Angela L. Bolden | Marva J. Brewer |
| Tangai M. Calvin | Laketa Brown |
| Martha L. Hollomon | Melvin Worsham |
| Estate of Penny M Harwell | Debra Keaon |
| Estate of Alma Peters | Christine Moore |
| Estate of Lillie M. Booth | Elnora L. Rucker |
| Shamelle Reveter | Dawnzee M. Dangelo |
| LaSheena V. Gordon | Sharon D. Dumas |
| Lavonna M. Johnson | Marconia R. Clinto |
| Eunice F. Johnson | Tilla M. Perry |
| Estate of Alge B. Franklin | Mary J. Tappin |
| Shirley A. Richardson | Jo M. Stewart |
| Erma J. Fortner | Gerri L. Nicks |
| Linda H. Jones | Elizabeth A. Hogan |
| Queen Ester Piggee | Rheta F. Hogan |
| Bernita Myers | Delois Bryant |
| Hilda P. Brown | Kristie M. Cottrell |
| Lalicia M. Shavers | Brandie Newell |
| Brenda Matthews | Charles Hunter |
| Angela B. Williams | Lola Hunter |
| Fannie B. Sampson | Perry Hunter |
| Kimberly Williams | Helen Brown |
| Sherri Y. Whitehead | Gail Criswell |
| Irene Graves | Christine H. McAdams |
| Mindy M. Mays | Estate of Laura B. Stewart |
| Bonnie Luckadue | Mae B. Jones |
| Cassandra Ludgood | Lois J. Epperson |
| Janelle S. Jackson | Helen E. Johnson |
| Donna R. Krissman | Sandra Spencer |
| Loletha L. Ludgood | Crystal L. Jones |
| Earnice W. Lee | Desiree O. Thomas |
| Cassandra F. Campbell | Roshaunda L. Thomas |
| Lasheena V. Gordon | Phonda F. Jamison |
| Rosie Bryant | Lillie F. Moturi |
| Annie Cooney | Erin C. Harden |
| Cheryl Barber | Martha L. Evans-Young |
| Johnny Johnson | Wanda F. Farmer |

ADDENDUM I

| | |
|---|---|
| Ruth A. Garrison | Denoria Blackmon |
| Sharon R. Duckery | Kerissa Charles |
| Carolyn L. Lambert | Marquita Blackmon-Souna |
| Lynda L. Fleeks | Gladys M. Hatton |
| Bobbie Tillman | Estate of Ethel M. Davis |
| Terrie L. Yancy | Tiffany R. Barnes |
| Naomi Freeman | Sadiyyah F. Ross |
| Lessie M. Charles | Ida E. Ealy |
| Estate of Naomi Cantley | Vera J. Ridout |
| Lanita Sherpell | Maude M. Ruth |
| LaQuanatt Hampton | Kinia Fueates |
| Estate of Lavon Washington | Flossie Vance |
| Naomi Freeman | Julio Garcia |
| Clyde Sherpell | Mary Hicks |
| Fnesa Newsom | Christian Charles |
| Brenda Sherpell | Patsy Tolliver |
| Janice Harper | Susan Smith |
| Sandra A. Jones | Belinda Thompson |
| Patricia A. Wilson | Judy Hart |
| Estate of Magnolia Givens | Robert Hill |
| Crystal Rucker | Eric Charles, Jr. |
| Louise C. Harvey | Carol Battles |
| Carolyn Star Williams | Jean Martin |
| Nekita L. Flower | Donna Nichols |
| Aleasia M. Mason | Dianne Harshaw |
| Mary L. Wilson-Horsley | Allison Nichols |
| Estate of Gordie W. Abraham | Shameka Johnson |
| Barbara F. Johnson | Bridgette Gross |
| Barbara A Mickels | Myra Johnson |
| Annette A. Thomas | Frank Garcia |
| Scharlet K. Jackson | Joshua Warren |
| Lorraine Moore | Jessica Johnson |
| Elnora Lewis | Phyllis Charles |
| Dorothy M McElroy | Clezzell Gilbert |
| Pearlie M. Colding | Suzanne Mcuell |
| Jean E. Walker | Juanita Martin |
| Corine C. Mitchell | Cecilia Washington |
| Linda M. White | Ruby Martin |
| Melody D. Shackelford | Donita Charles |
| Melanie Leavy | Carol Battles |
| Carla E. Rhodes-Jackson | Jennifer Lewis |
| Evelyn E. James | Anthony Charles III |
| Georgia W. Rucker | Mary Young |
| Geraldine Mitchell | Telisa Toney |
| Doris J. Bass | Juanita Nichols |
| Myra R. Jarmon | Clara Young |

ADDENDUM II

Dejuana Nichols
Alisha Gomez
Gretta Gonzalez
Christina Muir
Tariq Allen Norris
Kevin Harper
Claire Harper
Rosalind J. Davis
Idella Hunt
Rosetta Kelly
Stacy Jones
Carmelita D. King
Deborah S. Kelley
Sherry A. Sanders
Geraldine Brown
Deborah A. Andersen
Shaundra L. Jones
Jose Alfredo Juarez
Cuitlahoac Jasso
Vanessa Ford
Abraham Jaimes
Doriane Washington
Berdie Daniel
Gilberto Fernandez
Christy Calhoun
Phyllis Smith
Gail Haynes
Estate of Ganynell Ford
Valerie Banks
Cecilia Dixon
Sharmane E. Evans
Katina Ray
Phyllis J. Gammon
Novella Gammon Thomas
Ferry D. Simmons
Larry D. Sims
Melvin C. Sims
Lernet Sims
Estate of Pluiet Sims, Jr.
Roxie Mitchell
Rosemary Simpson
Jeremaih Sims, Sr.
Jeremaih Sims Jr.
Kathy Day Sims
Catherine Day
Carolyn Dawkins

Lakeitha Day
Rosalind McCraw
Patricia Day Parker
Martin Day
Dianne Hicks
Karen Bradley Fulton
Catherine Sims
Catherine Harris
Ester Tapia
Ollie Perkins
Alisha Moore
Lanie Davis
Sraeya Crowder
Diamond Crowder
Marquetta Scott
Karen Coe
Lanie Davis
Nitosha Webb
Angela Perkins
Estate of Annex Crawford
Gwendolyn Deckard
Mavis Deckard
Nahir Henry
Beverly Gaines
Ametriuss Caldwell
Olivia Caldwell
Breanna Edwards
Kendra Davenport
Andrea Wilson
Trinity Wilson
Taiya Raven
Tori Simmons
Rachael Humphrey
Detria Russell
Margaret Austin
Emberly Austin
Asharria Burch
Sherry Griffen
Gloria Wiggins
Artrice Nichols
Jackie McPeace
Ateca Williams
Thorace Bryant
Shakriea Moore
Paulette Guy
Shameka Robinson

ADDENDUM II

| | |
|---|---|
| Delta Bell | Tonya Barnes |
| Edith Brown | Bradley Caldwell, Sr. |
| Angela Washington | Shaemkia Stephens |
| Estate of Lopara Washington | Lamont Stephens |
| Marzetta Crawford | Twanna Saxton |
| Cindy Wilson | Merlene McGhee |
| Doborah Boulware | Latonnie Luckadue |
| Marshelle Williams | Valerie Turner |
| Ruth Williams | Kenneth McGhee |
| Para Woodford | Mildred Saxton |
| Anjaunita Cunningham | Jessie F. Brown |
| Kandis Thrower | Estate of John Moore, Sr |
| Yolanda Cunningham | Annie Saxton |
| Samuel Boulware | Sidney Tyner |
| James Johnson | Bradley Calwell, Jr. |
| Jamesae Robinson | Robert Cepeda Campbell |
| Jennifer Thomas | Montrell Elston |
| Kevin Battles | Monterrio Jajuan Elston |
| Gerald McCall | Mikita Doris Jews |
| Johnnie Jackson | Joseph Bivens |
| Ashley Thomas | Allison Hines |
| Chuck Ludgood | Annie Bivens |
| Trivon Gooden | Elliott Huff |
| Robin McCarroll | Dwanna Bivens |
| Carol Barnes | Katherine Huff |
| Kina Elvy | Lamont Stephens |
| Debra Keaton | Pressley Adams |
| Linda Levingston | Brinkley Dye |
| Elizabeth Mullens | Gwendolyn Scott |
| Ricky Watson | Tina Hill |
| Estate of Roy Luckadue, Sr. | Deborah King |
| Charlene Toaster | Deborah Lewis |
| Frank Hood | Twann Nuniss |
| Catherine Dunn | Candy Caldwell |
| Chester Etting, Jr. | Louis Brooks |
| Herman Cooper, Jr. | Estate of Lapara Washington |
| Ricky Watso | Ruby Washington |
| Florence Williams | Angela Washington |
| Murlene McGhee | K. C. Cross |
| Latonnie Luckadue | Jason Simmons |
| Valerie Turner | Richard Sherman |
| Kenneth McGhee | Columbus Brown |
| Jessie Brown | Nija Webb |
| Florice J. Williams | Stephen Dozier |
| Carla Tyner | Angela Campbell |
| Shundra Perry | Mary Ann Parker |

ADDENDUM IV

Naquesha Cross
Mona Durham
Emma Ruth Rowland
Carolyn Bryant
Emily White
Chiersten Lucas
Keuna Armstrong
Sharlie Deloney
Rita Deloney
Betty Hawkins
Angel Conley
Marilyn K. Larry
Tiffany Johnson
Iris Moore
Leon Colding
Beverly Pace
Jamie Bryant
Karen Bryant
Dena Bryant
Alvin Waller
Quincy Hobbs
Keisha Morgan
Richlan Rowland
Beverly Anderson
Glenn Branch
Maiesha Mitchell
Joan Mitchell
Sandra Toney
Geneva Brown
Latreasa Mullins
Sharon Bunch
Lillie Mae Lairy
Stephanie R. Larry
Verda J. Lairy
Osha L. Lairy
Shandra Larry
Sheila D. Lairy
Alicia Lairy
Jessica Carter
Veneria Watts
Wilma Fay Bryant
Louise Baltimore
Brenda Vinnamon
Deraughnda Simpson
Rena Duncan
Jewel Bryant

Maxine Baltimore
Gertha Baltimore
Shaduara Smith
Joricka Rowland
Regina Colding
Connie Strum
Charles Hunter
Lola Hunter
Perry Hunter
Helen Brown
Gail Criswell
Everlyn Hall
Anthony Swiney
Anthony Morris
Janet Cornelius
Brandon Bryant
Debra Porter
Thena Smith
Betsy Foot
Bob Foot
Eddie Smith
Bryce Moore
Brooke Wilson
Liz Miracle
Tommy Smith
Sherri Howell
Ryan Smith
Phil Cassell
Florence Hunter
Tamika Ingram
Donnie Donald
Nathaniel W. Hunter
Yuvonda M. Martin
Estate of Equilla Hunter
Broderick Laster
Tammy Woolfolk
Lillie Laster
Ruby Cheatham
Robert L. Hunter
Sequinthia Hunter
Valerie Davis
Emma Scales
Doris Rogers
Ella Mae Reed
Carolyn Walker
Mary Freeman

ADDENDUM ɪ

| | |
|---|---|
| Christy Bell | Fredrika I. Wilson |
| Marilyn Tillman | Kathy Davis |
| Lasonya Tillman | Pearlie M. Simpson |
| Lavern Williams | Minnie M. Heavrey |
| Keisha Nunerley | Johnnie C. Wilson |
| Tasha Nunerley | Kevin L. Woodson |
| Laverne Walker | Kenneth Davis |
| Sherry Pratt | Cassie Hutchison |
| Preston Brown | Teresa A. Carrol |
| Ray Ingram | Joseph A. Wilson |
| Ted Feagin | Terry K. Thomason |
| Georgia Miles | David L. Wilson |
| Evette Giles | Rachel Skaggs |
| Joyce Rodgers | John Turner |
| Bonnie White | Jo Evelyn Woodson |
| Sheldon Ballat | DeOntray Wilson |
| John White | Barbara Redmon |
| Ronnie Phillip | Robert Timmons |
| Willie Thomas | Roselene Sledge |
| Vera Phillip | Willie Pearl Jackson |
| Tony Chapell | Rosetta Feagin |
| Leonard Franklin | Mary Jackson |
| Ethel Chapell | Tammandia L. Smith |
| Tom Pratt | Sheila Coutler |
| Floyd Jackson | Sunsiray Feagin |
| Claude Chapell, Sr | Phillip A. Wilson |
| Patrick Washington | Anderson Jackson |
| Lois Jefferson | Carl Jackson |
| Juanita Cowan | Pearl Hutchison |
| Johnnie M. Jenkins | Ricky Jackson, Jr |
| Robert Redmon, Jr | Julie A. Clark |
| Pearlie M. Wilson | Francis Wilson |
| Claude Chapell, Jr | Estate of Sandra Simpson |
| Benanceo J. Rorie | John Jackson |
| Cherlise McGary | Patrick Washington |
| Debbie Hill | Eli Sledge |
| Eugene Orono | Ricky Jackson, Sr. |
| Edna Sanchez | Porta Simpson |
| Johnny Castillo | Judith Smith |
| Garrid Hill | James Brown |
| Leah Sanchez | Corree Hall |
| Dawn Young | Anthony Canady |
| Floyd Jackson | James Williams |
| Londa D. Wilson | Dominic Reynoplds |
| Cynthia M. Crayton | Torrance Brown |
| John L. Royster | Sylvester Williams |

ADDENDUM VI

| | |
|---|---|
| Freddie Miller | Dwana Hadley |
| Joe Sharp | Barbara Shelton |
| Anna Chappel | Tisha Deason |
| Temika Eagles | Wilma Ingram |
| Pam Chappel | Olympia Atkinson |
| Donnie Matlock | Laura Shirley |
| Lakeyta Portley | Estate of Sharon White |
| Pamela Matlock | Mary Nell King |
| Movita Hampton | Nannette Shillingford |
| Keisha Hampton | Rachael L. Caplain |
| Lucus Bell | Oschia M. Harris |
| Susan Chapell | Tabitha Hall |
| Valarie Dednam | Joseph Overton |
| Gloria Allen | Dale McDaniel, Sr. |
| Niki M. Charles-King | Billy Gibson |
| Lateresa Smith | Amanda Vaughn |
| Crystal Hill | Najla Hall |
| Natarsh Pick | Ron Cooper |
| Alma Hill | Morris Sawyer |
| Walter Hill | Carol Crockett |
| Deborah L. Smith | Sharon Henson |
| Lanette Brown | Cory Hall |
| Latoya Pickens | Neshaja Harioc |
| Derrick Pickens | Chezlasine Ford |
| Carlie Rogers | Derrick Hall |
| Carmen Portillo | Kirsten Hall |
| Rhonda Kimble | Aaron Harioc |
| Christy Marshall | Gilbert Wilson, Jr. |
| Brittney Johnson | Harry Ford |
| Jocelyn Craig | Valerie Davis |
| Stephanie Cuningkin | Sandra White |
| Tiffany Todd | Tiffany Jefferson |
| Kristal Delph | Roshunda Johnson |
| Jihan Wells | Ollie Moore |
| Jennifer Smith | Melvin Moore |
| Kellee Mitchell | Tamara Jones |
| Elisa Tisdale | Mark Hatton |
| Marla Moreland | Oschia Overton |
| Sheronica Cooney | Diana Ferguson |
| Delila Loving | Thomas Anderson |
| Leroy Moreland | Mary Hooks |
| Delnada Akin | Darryl Griffith |
| Vonda Thomas | LaWayne Wiliams |
| Carlos Albert | Antjuan Gibson |
| Amy Turner | Candice Crain |
| Darren Loving | James Hemphill |

ADDENDUM VII

Andre Tolbert
Alonzo Wilson
Ravious Hughes
Dale McDaniel, Jr.
Alline Brown
Deldrick Thomas
Colton Brown
Patrick P Davillier, Jr.
Theresa Davillier
Estate of Naomi Woodfork Raphell
Estate of Patrick P Davillier

ADDENDUM VIII